IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUG VAUGHN, JR. | FILED: | CIVIL ACTION |
| v. | AUG -7 2012 | |
| PETCO | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk | NO. 12-4353 |

### ORDER

AND NOW, this 7 day of August, 2012, upon consideration of plaintiff Doug Vaughn, Jr.'s motion to proceed in forma pauperis, his pro se complaint, and his motion for appointment of counsel it is ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. If he fails to do so, his case will be DISMISSED with prejudice. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. Plaintiff's motion for appointment of counsel are DENIED without prejudice.

4. This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.